INTERNAL USE ONLY: Proceedings include all events.
05-10335 USA v. Postadan

UNITED STATES OF AMERICA           Chris A. Thomas
    Plaintiff - Appellee           FAX 808/541-2808
                                    808/541-2850
                                    Suite 6-100
                                    [COR LD NTC aus]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850


    v.

MARVIN POSTADAN                     DeAnna S. Dotson, Esq.
    Defendant - Appellant           FAX 808/672-5058
                                    808/391-7308
                                    [COR LD NTC cja]
                                    P.O. Box 700953
                                    Kapolei, HI 96709-0953