


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

November 30, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 0 4 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10335 | USA v. Postadan | CR-03-00496-HG |

Dear Clerk:

   The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

   The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

                    Very truly yours,

                    Cathy A. Catterson
                    Clerk of Court

                    By: Bradley Ybarreta
                    Deputy Clerk

Enclosure(s)
cc: All Counsel